UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HUMANE SOCIETY OF THE UNITED STATES,<br><br>        Plaintiff,<br><br>    v.<br><br>AGRICULTURAL MARKETING SERVICE,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 20-0829 (CJN)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to the Court's August 19, 2020 Minute Order, the parties, by and through their respective undersigned counsel, submit this Joint Status Report.

On March 27, 2020, the Humane Society of the United States ("Plaintiff") sued the Agricultural Marketing Service ("AMS"). Plaintiff alleged that AMS failed to issue a timely final response to its August 8, 2019 Freedom of Information Act ("FOIA") request seeking certain documents related to licenses and a new purchase proposal for a trademarked slogan Plaintiff claims that the U.S. Department of Agriculture uses for its pork checkoff program, a federal commodity promotion program, administered by AMS. *See* Compl. (ECF No. 1) ¶¶ 1, 13-16, 24-29. On June 12, 2020, AMS provided Plaintiff its final response to Plaintiff's FOIA request. Am. Compl. ¶ 26. In total, AMS provided Plaintiff 1861 pages of responsive records. Plaintiff filed its Amended Complaint for Injunctive Relief (ECF No. 7) on July 24, 2020, alleging AMS wrongfully withheld information responsive to its FOIA request. *Id*. ¶¶ 29-34. AMS filed its Answer (ECF No. 8) on August 5, 2020.

The parties have since conferred and are unable to state at this time whether there is additional information responsive to Plaintiff's FOIA request not previously released that can now

be released, whether AMS can prioritize its review of records, whether Plaintiff's request can be narrowed, or an anticipated date for release of additional information. AMS does not intend to seek a stay under *Open America v. Watergate Special Prosecution*, 547 F.2d 605 (D.C. Cir. 1976). And the parties intend to discuss the need for summary judgment briefing after they have further conferred about AMS's response to Plaintiff's FOIA request in an attempt to resolve Plaintiff's claims without judicial intervention.

Accordingly, the parties propose that they file another joint status report by October 12, 2020, including a proposed briefing schedule if briefing is going to be necessary.

Respectfully submitted,

| | |
|---|---|
| /s/ Matthew E. Penzer | MICHAEL R. SHERWIN |
| Matthew E. Penzer | Acting United States Attorney |
| D.C. Bar ID CO0016 | |
| Ralph E. Henry | DANIEL F. VAN HORN, D.C. Bar #924092 |
| D.C. Bar No. 982586 | Chief, Civil Division |
| THE HUMANE SOCIETY OF THE UNITED | |
| STATES | By:  /s/ Michael A. Tilghman II |
| 1255 23rd Street, N.W. | MICHAEL A. TILGHMAN II |
| Suite 450 | D.C. Bar # 988441 |
| Washington, D.C. 20037 | Assistant United States Attorney |
| (202) 271-6144 | U.S. Attorney's Office, Civil Division |
| (202) 676-2357 Facsimile | 555 Fourth Street, N.W. |
| | Washington, D.C. 20530 |
| *Attorneys for Plaintiff* | (202) 252-7117 |
| | Michael.Tilghman@usdoj.gov |
| | |
| | *Attorneys for the United States of America* |

Dated: September 10, 2020

- 2 -