UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HUMANE SOCIETY OF THE UNITED STATES, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Civil Action No. 20-0829 (CJN) |
| AGRICULTURAL MARKETING SERVICE, | ) ) |
| Defendant. | ) ) ) |

**JOINT STATUS REPORT**

Pursuant to the Court's September 18, 2020 Minute Order, the parties, by and through their respective undersigned counsel, submit this Joint Status Report.

On March 27, 2020, the Humane Society of the United States ("Plaintiff") sued the Agricultural Marketing Service ("AMS"). Plaintiff alleged that AMS failed to issue a timely final response to its August 8, 2019 Freedom of Information Act ("FOIA") request seeking certain documents related to licenses and a new purchase proposal for a trademarked slogan Plaintiff claims that the U.S. Department of Agriculture uses for its pork checkoff program, a federal commodity promotion program, administered by AMS. *See* Compl. (ECF No. 1) ¶¶ 1, 13-16, 24-29. On June 12, 2020, AMS provided Plaintiff its final response to Plaintiff's FOIA request. Am. Compl. ¶ 26. In total, AMS provided Plaintiff 1861 pages of responsive records. Plaintiff filed its Amended Complaint for Injunctive Relief (ECF No. 7) on July 24, 2020, alleging AMS wrongfully withheld information responsive to its FOIA request. *Id*. ¶¶ 29-34. AMS filed its Answer (ECF No. 8) on August 5, 2020.

The parties informed the Court in their September 10, 2020 Joint Status Report (ECF NO. 9) that they intended to discuss the need for summary judgment briefing after they further

- 2 -

conferred about AMS's response to Plaintiff's FOIA request in an attempt to resolve Plaintiff's claims without judicial intervention. The parties anticipate that they will need an additional three weeks to confer about resolving or narrowing the scope of any potential disputes.

Accordingly, the parties propose that they file another joint status report by November 2, 2020.

Respectfully submitted,

| | |
|---|---|
| /s/ Matthew E. Penzer | MICHAEL R. SHERWIN |
| Matthew E. Penzer | Acting United States Attorney |
| D.C. Bar ID CO0016 | |
| Ralph E. Henry | DANIEL F. VAN HORN, D.C. Bar #924092 |
| D.C. Bar No. 982586 | Chief, Civil Division |
| THE HUMANE SOCIETY OF THE UNITED | |
| STATES | By:     /s/ Michael A. Tilghman II |
| 1255 23rd Street, N.W. | MICHAEL A. TILGHMAN II |
| Suite 450 | D.C. Bar # 988441 |
| Washington, D.C. 20037 | Assistant United States Attorney |
| (202) 271-6144 | U.S. Attorney's Office, Civil Division |
| (202) 676-2357 Facsimile | 555 Fourth Street, N.W. |
| | Washington, D.C. 20530 |
| *Attorneys for Plaintiff* | (202) 252-7117 |
| | Michael.Tilghman@usdoj.gov |
| | |
| | *Attorneys for the United States of America* |

Dated: October 9, 2020

- 2 -