UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HUMANE SOCIETY OF THE UNITED STATES, )<br><br>Plaintiff, )<br><br>v. )<br><br>AGRICULTURAL MARKETING SERVICE, )<br><br>Defendant. ) | Civil Action No. 20-0829 (CJN) |

**JOINT STATUS REPORT**

Pursuant to the Court's October 14, 2020 Minute Order, the parties, by and through their respective undersigned counsel, respectfully submit this Joint Status Report.

On March 27, 2020, the Humane Society of the United States ("Plaintiff") sued the Agricultural Marketing Service ("AMS"). Plaintiff alleged that AMS failed to issue a timely final response to its August 8, 2019 Freedom of Information Act ("FOIA") request seeking certain documents related to licenses and a new purchase proposal for a trademarked slogan Plaintiff claims that the U.S. Department of Agriculture uses for its pork checkoff program, a federal commodity promotion program, administered by AMS. *See* Compl. (ECF No. 1) ¶¶ 1, 13-16, 24-29. On June 12, 2020, AMS provided Plaintiff its final response to Plaintiff's FOIA request. Am. Compl. ¶ 26. In total, AMS provided Plaintiff 1861 pages of responsive records. Plaintiff filed its Amended Complaint for Injunctive Relief (ECF No. 7) on July 24, 2020, alleging AMS wrongfully withheld information responsive to its FOIA request. *Id*. ¶¶ 29-34. AMS filed its Answer (ECF No. 8) on August 5, 2020.

The parties informed the Court in their September 10, 2020 Joint Status Report (ECF No. 9) that they intended to discuss the need for summary judgment briefing after they further

conferred about AMS's response to Plaintiff's FOIA request in an attempt to resolve Plaintiff's claims without judicial intervention. In their October 9, 2020 Joint Status Report (ECF No. 10), the parties anticipated that they would need an additional three weeks to confer about resolving or narrowing the scope of any potential disputes. The parties' discussions continue and the parties now believe that they need three additional weeks to confer.

Accordingly, the parties propose that they file another joint status report by November 23, 2020.

Respectfully submitted,

/s/ Matthew E. Penzer
Matthew E. Penzer
D.C. Bar ID CO0016
Ralph E. Henry
D.C. Bar No. 982586
THE HUMANE SOCIETY OF THE UNITED
STATES
1255 23rd Street, N.W.
Suite 450
Washington, D.C. 20037
(202) 271-6144
(202) 676-2357 Facsimile

*Attorneys for Plaintiff*

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:      /s/ Michael A. Tilghman II
         MICHAEL A. TILGHMAN II
         D.C. Bar # 988441
         Assistant United States Attorney
         U.S. Attorney's Office, Civil Division
         555 Fourth Street, N.W.
         Washington, D.C. 20530
         (202) 252-7117
         Michael.Tilghman@usdoj.gov

*Attorneys for the United States of America*

Dated: November 2, 2020