UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUMANE SOCIETY OF THE UNITED
STATES,

    Plaintiff,

    v.

AGRICULTURAL MARKETING SERVICE,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 20-0829 (CJN)

**JOINT MOTION TO VACATE BRIEFING SCHEDULE AND
FOR AN ORDER THAT THE PARTIES FILE A JOINT STATUS REPORT**

Plaintiff Humane Society of the United States ("Plaintiff") and Defendant Agricultural Marketing Service ("AMS" or "Defendant"), by and through their respective undersigned counsel, respectfully move the Court to vacate the summary judgment briefing schedule entered in this case and for an order requiring that the parties submit a joint status report by February 18, 2021. For the below reasons, good cause exists for granting this joint motion.

1.       On March 27, 2020, Plaintiff sued AMS. Plaintiff alleged that AMS failed to issue a timely final response to its August 8, 2019 Freedom of Information Act ("FOIA") request seeking certain documents related to licenses and a new purchase proposal for trademarks that Plaintiff states are used by the U.S. Department of Agriculture's pork checkoff program, a federal commodity promotion program administered by AMS. *See* Compl. (ECF No. 1) ¶¶ 1, 13-16, 24-29.

2.       On June 12, 2020, AMS provided Plaintiff its final response to Plaintiff's FOIA request. Am. Compl. ¶ 26. In total, AMS provided Plaintiff 1861 pages of responsive records. Plaintiff filed its Amended Complaint for Injunctive Relief (ECF No. 7) on July 24, 2020, alleging

that AMS wrongfully withheld information responsive to its FOIA request. *Id.* ¶¶ 29-34. AMS filed its Answer (ECF No. 8) to the Amended Complaint on August 5, 2020.

3.    By Minute Order dated November 24, 2020, the Court entered the following briefing schedule proposed by the parties:  Defendant shall file its motion for summary judgment by January 22, 2021; Plaintiff shall file its opposition and cross-motion by February 26, 2021; Defendant shall file its reply by March 29, 2021; and Plaintiff shall file its cross-motion reply by April 28, 2021.

4.    On January 8, 2021, AMS provided Plaintiff a supplemental release of additional information. The parties have been in discussions regarding a potential resolution to this matter without the need for judicial intervention. The parties therefore believe that summary judgment briefing is no longer necessary at this time.

5.    Accordingly, in the interest of the parties and to conserve judicial resources, the parties respectfully request that the Court vacate the summary judgment briefing schedule entered in this case and order that the parties submit a joint status report by February 18, 2021. A proposed order is attached.

Respectfully submitted,

/s/ Matthew E. Penzer
Matthew E. Penzer
D.C. Bar ID CO0016
Ralph E. Henry
D.C. Bar No. 982586
THE HUMANE SOCIETY OF THE UNITED
STATES
1255 23rd Street, N.W.
Suite 450
Washington, D.C. 20037
(202) 271-6144
(202) 676-2357 Facsimile

*Attorneys for Plaintiff*

MICHAEL R. SHERWIN
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division


By:    /s/ Michael A. Tilghman II
       MICHAEL A. TILGHMAN II
       D.C. Bar # 988441
       Assistant United States Attorney
       U.S. Attorney's Office, Civil Division
       555 Fourth Street, N.W.
       Washington, D.C. 20530
       (202) 252-7113
       Michael.Tilghman@usdoj.gov

*Attorneys for the United States of America*


Dated: January 19, 2021