UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HUMANE SOCIETY OF THE UNITED STATES,<br><br>Plaintiff,<br><br>v.<br><br>AGRICULTURAL MARKETING SERVICE UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 20-0829 (CJN) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby

stipulate to dismiss this action with prejudice with each party to bear its own costs and fees.

Respectfully submitted,

/s/ Matthew E. Penzer
Matthew E. Penzer
D.C. Bar ID CO0016
Ralph E. Henry
D.C. Bar No. 982586
THE HUMANE SOCIETY OF THE UNITED STATES
1255 23rd Street, N.W.
Suite 450
Washington, D.C. 20037
(202) 271-6144
(202) 676-2357 Facsimile

*Attorneys for Plaintiff*

MICHAEL R. SHERWIN
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division


By:     /s/ Michael A. Tilghman II
         MICHAEL A. TILGHMAN II
         D.C. Bar # 988441
         Assistant United States Attorney
         U.S. Attorney's Office, Civil Division
         555 Fourth Street, N.W.
         Washington, D.C. 20530
         (202) 252-7113
         Michael.Tilghman@usdoj.gov

*Attorneys for the United States of America*

Dated: February 18, 2021